ACCEPTED
14-17-00241-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/22/2017 10:28 AM
CHRISTOPHER PRINE
CLERK

## NOs. 14-17-00240-CR, 14-17-00241-CR, 14-17-00242-CR

KALEB JAKOBI JAMAL THOMAS,   IN THE COURT OF APPEALS
                    APPELLANT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/22/2017 10:28:19 AM
CHRISTOPHER A. PRINE
Clerk

V.                          FOURTEENTH
                            JUDICIAL DISTRICT

THE STATE OF TEXAS,
            APPELLEE          HOUSTON, TEXAS

### MOTION FOR EXTENSION OF TIME
### TO FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted on 3 cases of Aggravated Robbery and was sentenced on 2/27/2017. The trial case is styled as *State of Texas v. Kaleb Jakobi Jamal Thomas*, in the 56th Judicial District Court of Galveston County, Texas, Cause Nos. 15-CR-0454, 15-CR-0455, 15-CR-0456. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 8/14/17.

2. The present due date for filing the State's brief is 12/22/2017.

3. This is the State's third motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 12/29/2017.

5. The State requests this extension not for delay but because during the last sixty days, the undersigned attorney for the State:

1

- Represented the State at Oral Arguments in *Aaron Shawn Lindsey v. State*, 14-16-00895-CR on 12/19/2017.

- Completed a response brief in *Craig Sanders v. State*, 01-17-00113-CR, filed on 12/6/2017.

- Completed a response brief in *Aaron Shawn Lindsey v. State*, 14-16-00895-CR, filed on November 20, 2017. The State has Oral Arguments set for December 19, 2017.

- Completed a response brief in *Charles Martin v. State*, 14-17-00346-CR, filed on November 20, 2017.

- Completed a response brief in *Deshoaun Green v. State*, 14-16-00669-CR & 14-16-00670-CR, filed on November 7, 2017.

- Completed a response brief in *Jeremy Jermaine Sanford v. State*, 14-16-00908-CR, filed on October 11, 2017.

- Completed a response brief in *Grandison Kim Rogerson v. State*, 14-16-00926-CR & 14-16-00927-CR, filed on October 5, 2017.

- Assisted in preparing for Oral Arguments on *Antonio Thomas Elizondo v. State*, 14-16-00871-CR, 14-16-00872-CR, 14-16-00873-CR, heard on October 24, 2017.

- The undersigned State's attorney was out of the state from November 12th through November 14th.

- The undersigned State's attorney was out of the state from December 12th through December 14th.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until December 29, 2017.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY

2

GALVESTON COUNTY, TEXAS

/s/ Rebecca Klaren
REBECCA KLAREN
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24046225
rebecca.klaren@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 364 words.

/s/ Rebecca Klaren
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was emailed via eFiling e-service to Winston Cochran, attorney for Appellant, winstoncochran@comcast.net on December 22, 2017.

/s/ Rebecca Klaren
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

3

# AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on December 22, 2017, appeared Rebecca Klaren, who by me duly sworn did depose and state on oath the following:

"I, Rebecca Klaren, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on December 22, 2017.

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

NOTARY PUBLIC in and for
the State of Texas

4